# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES KIMLER** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:20-cv-175-HSO-JCG |
| | § | |
| **UNITED STATES OF AMERICA;** | § | **DEFENDANTS** |
| **JOHN DOES A – Z** | § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 19th day of August, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE